February 8,2015

Kenneth Crissup
#1258732
Michaels Unit
2664 FM 2054
Tennessee Colony Tx,75886

RE: Kenneth Crissup V. William Stephens ,Et Al
    Appellat Number: 12-15-00027-CV



FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 11 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Dear Clerk:

        Please find enclosed a motion to amend the Notice of Appeal
to include a jurisdictional statement. I have also enclosed the requested
docketing statement.I was unable to utilize the forms you provided due
to having no access to a copy machine.Being indigent,TDCJ does not provide
access to a copy machine.If yoe require the forms be used,please provide
me with additional copies,3,and I will promptly return them completed.
I would request that the Court Grant an extention  of time in order to
complete and return the froms if required.

    If there ae any other filings requirements that I have overlooked,please
contact me at the above address and I will promptly respond.


                        Sincerely,

                        _____

                        Kenneth Crissup

IN THE TWELFTH COURT OF APPEALS

FOR THE STATE OF TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 11 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

KENNETH CRISSUP §

    APPELLANT §

V. §

                § CASE NUMBER: 12-15-00027-cv

WILLIAM STEPHENS,ET AL §

                § TRIAL COURT NUMBER: 349-7261

    APPELLEE §

## MOTION TO AMEND INFORMATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW,Appellant,Kenneth Crissup,does hereby move the Court to amend his Notice of Appeal in the above referenced matter to establish the Court's jurisdiction,and shwos the following:

The above refernced Trial court number had a final judgment entered by the 349 Th District Court,enterred on October 27,2014.Appellant requested the Trial Court issue findings of facts and conclusions of law on November 5,2015.To date no such answer has been received. On January 29,2015,Appellant mailed to the Court a Notice of Appeal. This case was litigated in Anderson County,Texas.The 349 th District Court was the appropriate venue.The Twelfth Court of Appeals has jurisdiction fro Appeals from the 349 TH District Court.

Pursuant to the Rules of Appellate Procedure,This Court is the appropriate venue and has jurisdiction.

" The filing of a Notice of Appeal invokes the Court of Appeals jurisdiction" Olivo V. State 918 S.W.2d,519,522( TCA 1996).

### PRAYER

Therefore,Premises Considered,Appellant would ask the Court to assert jurisdiction as a matter of law and amend his

1.

Notice of Appeal to include this jurisdictional statement.

RESPECTFULLY SUBMITTED THIS 8 DAY OF FEBRUARY, 2015.

_____

Kenneth Crissup

## CERTIFICATE OF SERVICE

I, Kenneth Crissup, do hereby certify that a true and correct copy of the foregoing was placed in U.S. Mail, First Class, Postage Prepaid to the following addressee, on this the 8th dya of February, 2015:

Hon. Ken Paxton Jr.

Attorney General State of Texas

249 West 14 TH St

PO BOX 12548

Austin Tx 78711-2548

(Attorney for Appellee's)

_____

Kenneth Crissup

2.